

# ORDER

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

___

*Jacob E. Heric*
Special Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
jacob.heric@usdoj.gov

main:  (973) 645-2700
direct: (973) 645-2709
fax:   (973) 297-2010

February 24, 2026

**BY ECF**
Hon. Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Sanchez Jines v. Soto,* No. 26-1676 (ESK)
           **Unopposed Request for *Nunc Pro Tunc* Extension and Property Declaration**

Dear Judge Kiel:

    This Office represents Respondents in this habeas matter. With Petitioner's consent, we write to respectfully request a one-hour-and-thirty-minute extension of time to fully respond to Your Honor's February 20, 2026, Text Order, ECF No. 2, *nunc pro tunc*, from 12:00 pm to 1:30 pm, on February 24, 2026.  We apologize to the Court and Petitioner for our late filing of this submission, which resulted from delays in obtaining the declaration regarding petitioner's property. As referenced in the response filed at 12:05 pm, ECF No. 3, the declaration of Supervisory Detention and Deportation Officer (SDDO) Maurice Williams was received from ICE at approximately 1:01 p.m. It is now attached to this letter as Answer Exhibit 7.

    We thank the Court for consideration of this unopposed request and continued attention to this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy Attorney General
Special Attorney

By:    *s/ Jacob Heric*

**The request is granted as modified. Respondents shall have until 8:00 p.m. on February 24, 2026 to file unredacted copies of all exhibits. So Ordered.**

    */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: February 24, 2026**