

# ORDER

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

---

*Jacob E. Heric*
Special Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jacob.heric@usdoj.gov*

main:  (973) 645-2700
direct: (973) 645-2709
fax:   (973) 297-2010

March 16, 2026

**<u>BY ECF</u>**
Hon. Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re:   ***Sanchez Jines v. Soto,*** **No. 26-1676 (ESK)**
> **Unopposed Request for Extension of Time**

Dear Judge Kiel:

This Office represents Respondents in this habeas matter. We write to respectfully request a two-day extension of time to fully respond to Your Honor's February 13, 2026, Text Order, ECF No. 11, from 9:00 a.m. on March 17, 2026, to 9:00 a.m. on March 19, 2026. Petitioner's Counsel has informed this office that Petitioner will consent to a one-day extension. However, this Office is respectfully requesting a two-day extension to allow it the full time the Court intended for briefing these issues. Though this Court signed said Text Order, ECF No. 11, on Friday, March 13, 2026, it was not entered onto the docket and forwarded to this Office until March 15, 2026. As such, this Office was unaware of the required briefing for approximately two days. The issues the Court has requested briefing on are complex and require additional time to be adequately briefed.

We thank the Court for its consideration of this request and  continued attention to this matter.

**So Ordered.**

**      */s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: March 16, 2026**

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX[1]

---

[1]      Chief Judge Brann's decision in *United States v. Naviwala,* No. 24-CR-99, and *United States v. Torres,* No. 24-CR-378 (D.N.J. March 9, 2026), which